IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JANE DOE, | |
|---|---|
| Plaintiff, | 8:17CV265 |
| vs. | |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska; | ORDER |
| Defendant. | |

Plaintiff has filed a Motion for Leave to Join Parties-Defendant and File First Amended Complaint. ([Filing No. 26](#)). Defendant has advised the court it does not intend to oppose the motion. Accordingly,

IT IS ORDERED:

1) Plaintiff's Motion for Leave, ([Filing No. 26](#)), is granted.

2) Plaintiff shall file her amended complaint on or before January 9, 2018.

Dated this 2nd day of January, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge