IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JANE DOE, | |
|---|---|
| Plaintiff, | 8:17CV265 |
| vs. | |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska; | ORDER |
| Defendant. | |

After conferring with counsel, and upon the assurance of defense counsel that Defendant will not assert that the current Complaint or the claims therein are deficient for failure to join Anne DeMersseman and Jon Hansen as necessary parties, or that any judgment entered against Defendant cannot be collected from it for that same reason,

IT IS ORDERED that Plaintiff's motion for leave to file an amended complaint to add Anne DeMersseman, in her individual and official capacities, and Jon Hansen, in his individual and official capacities, as Defendants, (Filing No. 26), is denied.

February 9, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge