IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>  Defendant. | **8:17CV265**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Sunshine M. Bradshaw to withdraw as counsel of record for Plaintiff, (Filing No. 53), is granted.

June 27, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge