IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>        Defendant. | **8:17CV265**<br><br>**ORDER** |

A dispute has arisen over whether, and to what extent, Defendant is entitled to depose Plaintiff's counsel. After reviewing Defendant's summary of the dispute, the undersigned magistrate judge is convinced that written motion practice will be necessary to decide this issue.

Accordingly,

IT IS ORDERED:

1) The pre-motion conference call previously set for today is cancelled.

2) Plaintiff's motion for protective or to quash the notice to depose Maren Chaloupka shall be filed on or before December 11, 2018, with Defendant's response due on or before December 21, 2018. No reply shall be filed absent a substantial showing of good cause.

December 4, 2018.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge