IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JANE DOE, | |
|---|---|
| Plaintiff, | **8:17CV265** |
| vs. | |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska; | **PROGRESSION ORDER (AMENDED)** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED that the final progression order is amended as follows:

1) The deposition deadline is March 1, 2019.

2) The deadline for filing motions to dismiss and motions for summary judgment is March 15, 2019.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 2, 2019** at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on June 28, 2019.

4) The jury trial of this case is set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 8:30 a.m. on July 22, 2019, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of other civil cases that may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

Dated this 17th day of January, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge