IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>        Defendant. | 8:17CV265<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) The jury trial of this case is set to commence before Joseph F. Bataillon, United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 8:30 a.m. on **June 8, 2020**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 19, 2020** at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing using the conferencing instructions assigned to this case. (Filing No. 23). The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 1:00 p.m. on May 18, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge