IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>　　　　　Defendant. | 8:17CV265<br><br>ORDER |

This matter is before the Court on the proposed juror questionnaire submitted by defendants to the Court, the plaintiff's objections thereto, Filing No. 196, and the plaintiff's proposed Court-led voir dire questions, Filing No. 198. The plaintiff objects to defendant's proposed Questions No. 9, 16, 17, 19, and 20 through 25.

The Court agrees that those questions are either argumentative, confusing, or misstate the evidence. Accordingly, the Court finds the plaintiff's objections should be sustained. The Clerk of Court will be directed to include those of the defendant's remaining questions that are not duplicative of questions in the Court's standard juror questionnaire in the communication to prospective jurors.

The plaintiff requests that the Court explore certain topics in its voir dire examination. The Court finds the topics (COVID, immigrants, actions against the government, and race) are generally relevant to the issues herein and the Court will pursue those topics in its questioning of prospective jurors at the time of trial. Accordingly,

IT IS ORDERED that:

1.　　　The plaintiff's objections (Filing No. 196) are sustained.

2. The Clerk of Court is directed to add the defendant's proposed questions 1-8, 10-15, 18, and 26-27 to the juror questionnaire.

3. The plaintiff's request to include certain topics in Court-led voir dire (Filing No. 198) is granted.

Dated this 15th day of June 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge