IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>    Defendant. | **8:17CV265**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Thomas E. Johnson, as counsel of record for Defendant, (Filing No. 222), is granted. Thomas E. Johnson shall no longer receive electronic notice in this case.

Dated this 16th day of November, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge