FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 DEC -8 PM 5:09

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE,

    Plaintiff,

vs.

BOARD OF TRUSTEES OF THE
NEBRASKA STATE COLLEGES, a Political
Subdivision of the State of Nebraska;

    Defendant.

8:17CV265

**VERDICT**

(Indicate your finding with an "X")

1. On the plaintiff's claim for sex-based discrimination, as submitted in Instruction No. 13A, we, the jury, find in favor of:

    __X__ Plaintiff Anna Dembele

    or

    _____ Defendant Board of Trustees of Nebraska State Colleges

- If you answered "defendant" above, you have completed your deliberation and your verdict is for the defendant.

2. If you find in favor of the plaintiff, please answer the following:

    As instructed in Instruction No. 28 and Instruction No. 29, we assess damages in the amount of $ 300,000.00.

                                                        _____
                                                           FOREPERSON

Dated this ___ day of December 2021.