IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>        Defendant. | **8:17CV265**<br><br>**JUDGMENT** |

    This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict, Filing No. 252.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff Jane Doe, and against the Defendant, Board of Trustees of the Nebraska State Colleges, in the amount of $300,000.

    Dated this 14th day of December, 2021.

                                                       BY THE COURT:

                                                     s/ Joseph F. Bataillon
                                                     Senior United States District Judge