IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>      Defendant. | **8:17CV265**<br><br>**FINAL JUDGMENT** |

Pursuant to the jury verdict, Filing No. 252, and the Memorandum and Order entered on this date, final judgment is hereby entered in favor of the Plaintiff Jane Doe, and against the Defendant, Board of Trustees of the Nebraska State Colleges, in the amount of $300,000, plus costs in the amount of $8,812.75.

Dated this 8th day of April, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge