# IN THE UNITED STATES COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska,<br><br>    Defendant-Appellant. | CASE NO. 8:17cv265<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the Defendant, Board of Trustees of the Nebraska State Colleges, a Political Subdivision of the State of Nebraska (the "NSCS"), in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order denying the NSCS's Renewed Motion for Judgment as a Matter of Law, or Alternatively for a New Trial (Filing No. 295) and the District Court's Final Judgment (Filing No. 296).

1

DATED this 20th day of April, 2022.

                BOARD OF TRUSTEES OF THE
                NEBRASKA STATE COLLEGES,
                Defendant,

                BY:   /s/George E. Martin III
                            George E. Martin III (NE #21747)
                            Leigh Campbell Joyce (NE #26218)
                            Christopher R. Hedican (NE #19744)
                            Baird Holm LLP
                            1700 Farnam Street, Suite 1500
                            Omaha, NE  68102
                            Phone:  402-344-0500
                            Facsimile:  402-344-0588
                            Email: gmartin@bairdholm.com
                                      lcampbell@bairdholm.com
                                      chedican@bairdholm.com

                ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 20, 2022, I electronically filed the foregoing with the U.S. District Court Clerk using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

And I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

     None.

                            /s/ George E. Martin III