U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**: 

Doe v. Board of Trustees of the Nebraska State Colleges

**Case Number**:

8:17-cv-00265-JFB-CRZ

**Appellant**:

Board of Trustees of the Nebraska State Colleges

**Attorney(s)**:

George E. Martin , III
Christopher R. Hedican
Leigh C. Joyce
BAIRD, HOLM LAW FIRM
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
(402) 344-0500

**Appellee:**

Jane Doe

**Attorney(s)**:

Maren L. Chaloupka
CHALOUPKA LAW FIRM
P.O. Box 1724
Scottsbluff, NE 69363
308-270-5091

**Court Reporter(s)**:

Sue DeVetter
Brenda Fauber

**Please return files and documents to**:

Omaha

**Person to contact about the appeal**:

Lindsey Olson

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

April 20, 2022
Page 2

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| 7 Days | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | Y | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**   N

**Where?**   N/A

**Please list all other defendants in this case if there were multiple defendants**
N/A

**Special Comments**:
Pending motion is a motion for attorney's fees

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14