IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska;<br><br>　　　　Defendant. | **8:17CV265**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED that judgment is entered in favor of the plaintiff and against the defendant in the amount of $246,642.50 for attorney fees and expenses.

Dated this 27th day of April 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge