# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 29, 2022

Mr. George E. Martin III
BAIRD & HOLM
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE  68102-0000

RE:  22-1814  Jane Doe v. Board of Trustees of the Nebraska State Colleges

Dear Counsel:

This office has received certified copies of an amended notice of appeal and docket entries from the Clerk of the United States District Court. We have filed the amended notice of appeal in the above case docketed in this court on April 20, 2022.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:  Ms. Maren Lynn Chaloupka
Ms. Susan M. DeVetter
Ms. Brenda Fauber
Mr. Christopher R. Hedican
Ms. Leigh Campbell Joyce
Ms. Denise M. Lucks

District Court/Agency Case Number(s):  8:17-cv-00265-JFB