IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, a Political Subdivision of the State of Nebraska,<br><br>        Defendant. | 8:17CV265<br><br>**JUDGMENT** |

In accordance with the mandate of the Eighth Circuit Court of Appeals, Filing No. 306 at 8; Filing No. 310, the Court vacates the jury's award; enters judgment in favor of Defendant, Board of Trustees of Nebraska State Colleges; and vacates the award of attorney's fees to Plaintiff, Jane Doe.

Dated this 10th day of January, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge